# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Stephen D. Carson,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 12-0993-CV-W-JTM |
| ) | |
| **Carolyn W. Colvin,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is *Carson's Motion for Attorney's Fees Under The Equal Access To Justice Act*, filed September 3, 2013 [Doc. 16]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that *Carson's Motion for Attorney's Fees Under The Equal Access To Justice Act*, filed September 3, 2013 [Doc. 16] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $1,748.33 and costs in the amount of $350.00

                                           */s/ John T. Maughmer*
                                                 **John T. Maughmer**
                                       **United States Magistrate Judge**